UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ANGELA M. HILL, | ) | Case No.:   3:12-cv-02153-JE |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| CAROLYN COLVIN, Commissioner, Social Security Administration | ) ) ) | |
| Defendant. | ) ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant

to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of

$3,680.46 is awarded to Plaintiff.  It is ordered that the attorney fee will be paid to

Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies

for offset against the awarded fees, pursuant to the Treasury Offset Program as

discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).   If Plaintiff has no such debt, then

the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to

Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR

97132. If Plaintiff has such debt, then the check for any remaining funds after offset of

the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing

address stated above.

Page 3 – PLAINTIFF'S FEE PETITION

IT IS SO ORDERED this __25th__ day of ___November___, ~~2~~013.


/s/ John Jelderks
_____
UNITED STATES DISTRICT JUDGE


Proposed Order submitted:                          Date:  November 22, 2013

 /s/ George J. Wall
_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, Angela M. Hill


Page 4 – PLAINTIFF'S FEE PETITION